CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

July 29, 2026

LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE  DIVISION**

|                              |     |                              |
|------------------------------|-----|------------------------------|
| **GARRETT CHAPIN,**          | )   |                              |
|                              | )   |                              |
| Petitioner,                  | )   | Case No. 7:26CV00487         |
|                              | )   |                              |
| v.                           | )   | **OPINION**                  |
|                              | )   |                              |
| **COMMONWEALTH OF VIRGINIA,** | )  | JUDGE JAMES P. JONES         |
|                              | )   |                              |
| Respondent.                  | )   |                              |

*Garrett Chapin, Pro Se Plaintiff.*

The petitioner, proceeding pro se, filed a pleading titled "Notice of Appeal for Sentencing Review," which has been construed and docketed as a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254.  By Order entered June 18, 2026, the court conditionally filed Chapin's petition, advised him of his right to object to the court's construction of his pleading as a § 2254 petition, and, among other things, directed him to file an amended § 2254 petition within thirty days if he wishes to proceed with this action.  Chapin was advised that failure to comply with the described conditions would result in immediate dismissal without prejudice.

More than thirty days have elapsed, and Chapin has failed to file an amended petition or otherwise comply with the conditions described by the court.  Accordingly, the court concludes that Chapin may have lost interest in prosecuting

this habeas corpus action and will, therefore, dismiss it without prejudice. *See Ballard v. Carlson*, 882 F.2d 93, 96 (4th Cir. 1989) (stating pro se litigants are subject to time requirements and respect for court orders and dismissal is an appropriate sanction for non-compliance). Chapin may refile his claims in a separate action if he is prepared to comply with the noted conditions.

A separate Judgment will be entered herewith.

ENTER:   July 29, 2026

/s/  JAMES P. JONES
Senior United States District Judge

-2-